UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

WILBERT GLOVER,

        Plaintiff,

v.

CORY R. TENNISON; JOHN J. CHOI; AND LORI SWANSON, ATTORNEY GENERAL,

        Defendants.

Civil No. 18-692 (JRT/BRT)

**ORDER ON REPORT AND RECOMMENDATION**

---

Wilbert Glover, OID #252673, MCF-Faribault, 1101 Linden Lane, Faribault, MN 55021, *pro se* plaintiff.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on September 6, 2018 (Docket No. 8). No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 4, 2018  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court